HARRY L. ALLEN, as Trustee in Bankruptcy, etc., Respondent, v. D. M. RYAN and Another, Appellants.— Appeal from order entered April 8, 1924, giving plaintiff right to serve a reply, is dismissed, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

RICE & ADAMS CORPORATION, Respondent, v. PERCY DILLISTIN and Another, Appellants.— Appeal dismissed unless appellants shall file and serve the printed papers on appeal by November first, and shall be ready to argue the appeal at the opening of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of IRVING L. WEISS, an Attorney and Counselor at Law.— Disbarment proceedings discontinued upon stipulation filed. Present — Hubbs. P. J., Clark, Sears, Crouch and Taylor, JJ.

## FIRST DEPARTMENT, NOVEMBER, 1924.

ROSE LUKES, Respondent, v. SIMON LOWENFELS, Appellant, Impleaded with Others, Defendants.

*Negligence — action by woman for personal injuries — allegations in complaint as to injuries to unborn infant stricken out as irrelevant.*

Appeal by the defendant from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on September 1, 1923, denying defendant's motion to strike out certain paragraphs of the complaint as irrelevant.

PER CURIAM: The order should be reversed because the four paragraphs which were sought to be stricken out as irrelevant and redundant do not relate in any manner to the physical injuries alleged to have been inflicted on the plaintiff. The paragraphs recite only injuries inflicted upon the infant while *en ventre sa mere* and do not by any averment connect such injuries with any physical condition affecting the plaintiff herself. The order should be reversed, with ten dollars costs and disbursements to appellant, and the motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint on payment of said costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Merrell, J., dissents. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint on payment of said costs.

ANNA L. STACY v. HYMAN SHAPIRO and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before December 1, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN TRIPAULAS v. LEHIGH VALLEY RAILROAD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed so that the appeal can be argued on or before the 25th day of November, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.